# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARICA ELAINE VALENCIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF SOCIAL SECURITY, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No.: 1:19-cv-0758- JLT <br><br> ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME <br><br> (Doc. 13) |

On January 17, 2020, the parties stipulated for Plaintiff to have an extension of thirty days to file an opening brief. (Doc. 13 at 1-2) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 6-1 at 3), and this is the first extension requested by either party. Accordingly, the Court **ORDERS**:

1. The extension of time is **GRANTED** nunc pro tunc; and
2. Plaintiff **SHALL** file an opening brief no later than **February 26, 2020**.

IT IS SO ORDERED.

Dated: **January 30, 2020**          **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE

1