1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARICA ELAINE VALENCIA, | ) Case No.: 1:19-cv-0758 JLT |
| Plaintiff, | ) ORDER DIRECTING THE CLERK TO CLOSE THE ACTION |
| v. | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) (Doc. 15) |
| Defendants. | ) |

On February 24, 2020, the parties filed a stipulation indicating all parties agreed that the above-captioned action is dismissed in its entirety, with prejudice. (Doc. 15) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Because all parties who have appeared signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); Fed.R.Civ.P. 41(a)(1)(A)(ii). Accordingly, based upon the stipulation of the parties, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: __**February 25, 2020**__        _____**/s/ Jennifer L. Thurston**_____
                                                                  UNITED STATES MAGISTRATE JUDGE